**GUTRIDE SAFIER LLP**
MATTHEW MCCRARY (*pro hac vice*)
265 Franklin St. Suite 1702
Boston, MA 02110
Telephone: (214) 502-2171

MARIE A. MCCRARY (*pro hac vice*)
100 Pine Street, Suite 1250
San Francisco, California 94114
Telephone: (415) 639-9090
Facsimile: (415) 449-6469



**DEBENEDICTIS & DEBENEDICTIS LLC**
MICHAEL J. DEBENEDICTIS, Esq.
20 Brace Road, Suite 350
Cherry Hill, NJ 08034
Telephone: (856) 795-2101

*Attorneys for Plaintiff*, JULIE FLETCHER

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE FLETCHER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG DR PEPPER INC., DR PEPPER/SEVEN UP, INC.<br><br>Defendants. | Case No. 1:18-cv-00766-EAW<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

Plaintiff JULIE FLETCHER hereby dismisses with prejudice this action and all her claims asserted in this action against Defendants KEURIG DR PEPPER, INC. and DR PEPPER/SEVEN UP, INC. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure.

Dated: May 21, 2019

**DEBENEDICTIS & DEBENEDICTIS LLC**

/s/ Michael J. DeBenedictis
Michael J. Debenedictis, Esq.
20 Brace Road, Suite 350
Cherry Hill, NJ 08034
Telephone: (856) 795-2101

**GUTRIDE SAFIER LLP**
Matthew T. McCrary, Esq., (*pro hac vice*)
265 Franklin St, Suite 1702
Boston, MA 02110

Marie A. McCrary, Esq. (*pro hac vice*)
100 Pine Street, Suite 1250
San Francisco, California 94114
Telephone: (415) 639-9090

SO ORDERED

_____
ELIZABETH A. WOLFORD
United States District Judge
**Dated: May 21, 2019**